CEM/JK: USAO# 2024R0002

2.19.24

USDC- BALTIMORE
'24 FEB 21 PM4:27

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. JRR24cr52 |
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Coercion and Enticement, (18 U.S.C. § 2422(b)); Forfeiture, 18 U.S.C. §2253 and 2428) |
| **WILLIAM JOSEPH MURROW,** | |
| Defendant. | |

**INDICTMENT**

**COUNTS ONE THROUGH THREE**
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

**General Allegations**

1. Defendant **WILLIAM JOSEPH MURROW** ( "**MURROW**") was born in 1982, and resided in Brunswick, Maryland.

2. Jane Doe was born in 2008 and was approximately 12 to 14 years old at the time of the offenses against her.

3. Beginning no earlier than December 2020 and continuing through at least in or about February 2023, **MURROW** engaged in sexual activity with Jane Doe.

4. Beginning no later than January 2023 and continuing through at least on or about February 20, 2023, **MURROW** used the internet and text messaging applications to persuade, induce, entice, and coerce Jane Doe to engage in sexually explicit conduct. During these internet-based communications, **MURROW** caused, and attempted to cause, Jane Doe to produce visual depictions of herself that depicted Jane Doe engaged in sexually explicit conduct.

**The Charge**

1

5. On or about the dates listed below, each instance being a separate count, in the District of Maryland, the defendant,

**WILLIAM JOSEPH MURROW,**

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | January 27, 2023 | A video file, titled and partially titled, "…74989.MP4," depicting Jane Doe's genitals, said video file having been created and stored on an iPhone 7, serial number F4GSPJDBHG7M, a product assembled in China. |
| 2 | February 18, 2023 | Two image files, titled and partially titled, "…D7FF/RenderedImage.jpg," and "…6BE3.HEIC," depicting Jane Doe's genitals and anus, said image files having been created and stored on an iPhone 7, serial number F4GSPJDBHG7M, a product assembled in China. |
| 3 | February 20, 2023 | An image file, titled and partially titled, "…60152," depicting Jane Doe's genitals, said image file having been created and stored on an iPhone 7, serial number F4GSPJDBHG7M, a product assembled in China. |

U.S.C. §§ 2251(a)

## COUNT FOUR
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs One and Four of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. From in or about December 2020 through February 21, 2023, in the District of Maryland, the defendant,

**WILLIAM JOSPEH MURROW,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Jane Doe, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, that is, §§ 18 U.S.C. 2251(a) and 2252A(a)(2); and Md. Ann. Code, Crim. Law, §§ 3-307(a)(4), (5) and 3-602(b)(2).

18 U.S.C. §§ 2422(b), 2427

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Three of this Indictment.

### Sexual Exploitation of Children Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Three of this Indictment, the defendant,

**WILLIAM JOSEPH MURROW,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of any of the offenses set forth in Count Four of this Indictment, the defendant,

**WILLIAM JOSEPH MURROW,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

4

  a. any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

  b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

### Property Subject to Forfeiture

  4. The property to be forfeited includes, but is not limited to, the following items:

   a. Apple iPhone 7, serial number F4GSPJDBHG7M, IMEI: 355329080115656, submitted to Brunswick Police Department on March 17, 2023; and

   b. Apple iPhone 12 Pro Max, IMEI 352794272216278, seized from the Murrow's person on February 28, 2023.

### Substitute Assets

  2. If any of the property described above, as a result of any act or omission of the defendant:

   c. cannot be located upon the exercise of due diligence;

   d. has been transferred or sold to, or deposited with, a third party;

   e. has been placed beyond the jurisdiction of the Court;

   f. has been substantially diminished in value; or

   g. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek Barron_
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

Date: 02-21-24