

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

**Colleen Elizabeth McGuinn**
*Assistant United States Attorney*
Colleen.McGuinn@usdoj.gov

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4823*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

April 24, 2025

The Honorable Julie R. Rubin
United States District Court
101 W. Lombard Street
Baltimore, MD  21201

      RE:    United States v. William Joseph Murrow
                Criminal No. JRR-24-052
                FILED UNDER SEAL

Dear Judge Rubin:

      The sentencing hearing in the above-captioned matter is currently scheduled for May 8, 2025, at 10 a.m.  As calculated in the Presentence Investigation Report, the Defendant's total offense level is 43, and his criminal history category is I, resulting in an advisory USSG range of "life" or, due to the plea, 360 months.  Sexual Exploitation of Children carries a fifteen (15) year mandatory minimum period of incarceration, and a maximum sentence of thirty (30) years.

      The Government will be submitting victim impact statements for this case prior to the hearing. ████████████████████████████████████████████████████████████████████████████████ ng.

      The Government recommends a sentence of 360 months, or thirty (30) years, to the Bureau of Prisons, as a period of incarceration that is sufficient but not greater than necessary to achieve the purposes of sentencing.  The Government is also seeking lifetime supervision, and a special assessment fee of $100.

      At this time, the Government is not seeking restitution on behalf of the victim.   The Government is not seeking an additional special assessment of $5,000 under 18 U.S.C. § 3014(a) due to the Defendant's indigency.  The Government intends to file a Preliminary Order of Forfeiture for the items listed in the Indictment.

      In this matter, the Defendant sexually abused and exploited ██████████████ ██████████, Jane Doe, over a period of at least eighteen months, ████████████████ ████████████████████████████████████████████████████████████████ grooming and abuse began well before the captured chats, images, and videos that occurred in January 2023 that

comprise the indictment. In fact, Jane Doe told law enforcement that the touching began when she was thirteen years old ▮▮▮▮▮ Jane Doe was in 8th grade at the time, ▮▮▮▮▮ Initially the Defendant, age 40, touched Jane Doe on her leg and breast area, but eventually the Defendant began to engage in oral sex with Jane Doe. The following are excerpts from Jane Doe's forensic interview on July 26, 2023:

> "He started touching me more and it got very sexual, and I went along with it and I played along because I didn't want to get hurt and I didn't want anyone else to get hurt because of it."

> "He brought me to his bedroom and just sat me down and started talking to me normally and like I don't understand what's going on and then he started touching me and I just kind of let it happen."

> "It just progressively got worse. There's never a time where it actually stopped. It went from once every few weeks to at least once a week to practically every day."

Jane Doe, in her forensic interview, described the progression from touching to oral sex and vaginal intercourse - ▮▮▮▮▮

As provided in the Statement of Facts, the Defendant engaged in sexual acts and contact with Jane Doe, ▮▮▮▮▮.

To be clear, engaging in sex acts and vaginal intercourse with a thirteen or fourteen-year-old child by a forty-year-old man is considered ▮▮▮▮▮ Second Degree Rape and/or Third-Degree Sexual Offense in Maryland (Md. Code Ann., Criminal Law, §§ ▮▮▮, 3-304, 3-307). There is no consent that can be given because Jane Doe is a child. The Defendant sexually exploited, sexually assaulted and abused Jane Doe.

In addition the images and videos that the Defendant procured from Jane Doe, described in the Statement of Facts and in Counts One, Two and Three of the Indictment, it is the emotional trauma inflicted by the Defendant that is also so incredibly damaging. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The Defendant has absolutely scarred Jane Doe for the rest of her life, shattering her sense of trust and safety even in her own home.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Then the Defendant would get controlling, demanding to know why Jane Doe was talking to another male, an age-appropriate male, because she belonged to the Defendant. At one point the Defendant told Jane Doe he wanted to be able to capture her deleted messages presumably to see if she was talking to any boys. Below are a few excerpts from the chats between Jane Doe and the Defendant that encapsulate the absolute control and manipulation imparted by the Defendant:

October 22, 2022:

| To | From | Message |
|---|---|---|
| Defendant | Jane Doe | Again nothing is going on with us [a teenaged male from her school] |
| Jane Doe | Defendant | Why he keep touching you and pulling your hair. |
| Defendant | Jane Doe | Idk |
| Jane Doe | Defendant | It apparent [the flirting] ▮▮▮▮▮ he's still pushing [to date Jane Doe]. So idk<br><br>Ok<br><br>We need to come to a conclusion with this fast. Keeps giving us issues |
| Defendant | Jane Doe | Ok. Ok I'll figure it out |
| Jane Doe | Defendant | I'm sorry I need full proof this time. We will talk more in person somehow tomorrow. I can't keep having him be an issue and now hear it from other people. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ so it just dug deep. |

| | | |
|---|---|---|
| Defendant | Jane Doe | Ok I'll make sure you get it. It won't be an issue anymore but we need to talk tomorrow like you said. What do you mean dig deep?? |
| Jane Doe | Defendant | He's starting to push you need to choose him or me. And its him that is forcing this because he won't stop. How I am starting to feel. I'm sorry but it's harsh after everything right now<br><br>It hurt my feelings that he was all over you and you let it happen<br><br>Like it hurt me |
| Defendant | Jane Doe | I didn't let it happen. I tried to stop it. |
| Jane Doe | Defendant | It's him or me on this one. I'm sorry. |
| Defendant | Jane Doe | I'm sorry it hurt you |
| Jane Doe | Defendant | so choose. |
| Defendant | Jane Doe | You know my choice is always you. |

January 27, 2023:

| To | From | Message |
|---|---|---|
| Jane Doe | Defendant | I can't have a flirt with people girl. I'm sorry. I'll do everything but I can't keep this part up. |
| Defendant | Jane Doe | Ok. I'll fix it. |
| Jane Doe | Defendant | How |
| Defendant | Jane Doe | I need to watch how I talk/act around other people. |
| Jane Doe | Defendant | Do that [flirt with other people] ▇▇▇▇ and others fine not "the love of your life." |
| Defendant | Jane Doe | I just need to stop |
| Jane Doe | Defendant | So if it ever happens again we are over on the spot |

| | | |
|---|---|---|
| Defendant | Jane Doe | Yeah. It'll never happen. |
| Jane Doe | Defendant | So let's black and white this on your voice. What will never happen again? So its clear. |
| Defendant | Jane Doe | Never |
| Jane Doe | Defendant | Never what? What falls under never<br><br>Hiding. Fibbing. Sneaking Around, Flirting with others, Hiding messages. What. I want to hear from you. Make a list so I know if ever it ends on the spot. |
| Defendant | Jane Doe | All of that |
| Jane Doe | Defendant | Everything on the list I made? You agree to these terms? You also agree that you refuse to add oopsie to your pot if caught doing an[y] ONE of these things? You agree to love me and give each other amazing sex? You agree that I'm awesome and understanding.<br><br>Don't just say yes. Respond to please on your own. |
| Defendant | Jane Doe | I agree to everything. Always. You are awesome. |

February 2, 2023:

| To | From | Message |
|---|---|---|
| Defendant | Jane Doe | Morning |
| Jane Doe | Defendant | Morning baby love |
| Defendant | Jane Doe | How's the best man ever this morning? |
| Jane Doe | Defendant | Late lol. I folded clothes. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

February 3, 2023:

| To | From | Message |
|---|---|---|
| Jane Doe | Defendant | Warning |

| | | |
|---|---|---|
| Defendant | Jane Doe | Warning for what? |
| Jane Doe | Defendant | ▮▮▮▮▮▮▮▮▮. So the stuff [sex toys/lingerie] we hid I need so we can hide elsewhere |
| Defendant | Jane Doe | Ok. I'll put everything ▮▮▮▮▮▮. |
| Jane Doe | Defendant | Ok. Everything. Even toys |
| Defendant | Jane Doe | I know |

February 10, 2023:

| To | From | Message |
|---|---|---|
| Defendant | Jane Doe | Come fuck me |
| Jane Doe | Defendant | Lol ok. That will make you better if your man fucks you?<br><br>Ok pick a day |
| Defendant | Jane Doe | Today??? |
| Jane Doe | Defendant | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

February 15, 2023:

| To | From | Message |
|---|---|---|
| Jane Doe | Defendant | You still planning to move with me? |
| Defendant | Jane Doe | Yes!!!!! |
| Jane Doe | Defendant | As my girlfriend ▮▮▮▮▮▮▮▮ |
| Defendant | Jane Doe | Idk yet |
| Jane Doe | Defendant | ▮▮▮▮▮▮▮▮▮▮ |

| To | From | Message |
|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| | | I wanted to tell you one more time your pussy hasn't left my mind and I'm fucking it right now in my head ALL the way in. Giving you exactly what you crave.<br><br>Does this make you crave all the way in even more now? Is it getting beyond hard to wait lol. |

February 16, 2023:

| To | From | Message |
|---|---|---|
| Jane Doe | Defendant | By your 25 will you marry me? |
| Defendant | Jane Doe | Yes! |
| Jane Doe | Defendant | Awesome. You 25. We still a thing. We are getting married. Mark that you in calendar lol. 2033 if your wondering. How does it make you feel age 25 lol. Happy. Nervous |
| Defendant | Jane Doe | EXTREMELY EXCITED |
| Jane Doe | Defendant | Good. Official ▓▓▓▓▓▓▓ lol |
| Defendant | Jane Doe | Good night |
| Jane Doe | Defendant | W[h]ere you store phone |
| Defendant | Jane Doe | Box like normal |
| Jane Doe | Defendant | Dig it deep in there and have no cord at it. I'm trying to help you. |

These manipulative text messages are in addition to the sexually coercive and exploitative messages, upon messages, sent by the Defendant to Jane Doe: "You really want my dick in your mouth. Wow." "Can I cash in my blow job? Lol" "I would like my dick touched, kissed and sucked." "Eating you out by far the best." "Horny for so long your not going to be able to handle the explosion lol." Sometimes the Defendant would send pictures of his penis to Jane Doe. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The sentence that the Government seeks is the maximum sentence for this offense; this recommendation considers the characteristics of the Defendant's exploitative behaviors, the age of the victim, and the egregious abuse of trust. A sentence of 360 months is sufficient, but not greater than necessary, to comply with the factors outlined in 18 U.S.C. § 3553(a), some of which are discussed below.

1. <u>The Nature & Circumstances of the Offense/History & Characteristics of the Defendant:</u>

The serious nature and circumstances of the offense, described above and more fully in the Statement of Fact, clearly calls out for a sanction sufficient to reflect the Defendant's conduct. 18 U.S.C. § 3553(a)(1). The Defendant has a sexual attraction to children, which is evident because of his repeated exploitation of Jane Doe beginning at a young age. The Defendant was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Instead, the Defendant violated that trust placed in him over and over again, sexually assaulting Jane Doe and documenting videos and images of Jane Doe for his own selfish needs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In the aftermath of the initial discovery of his crimes on February 21, 2023, due to the way it unfolded, the Defendant was not placed under arrest and was allowed to leave ▮▮▮▮▮ ▮▮▮▮▮ with his cell phone. The Defendant proceeded to wipe that cell phone of all messages between himself and Jane Doe. Within hours of his state arrest, the Defendant started web searching ways to wipe the "secret" phone:

| How to wipe an iPhone — even the one you lost | https://macpaw.com/amp/how-to-erase-iphone | 2/22/2023 3:16:59 AM(UTC+0) |
|---|---|---|

| erase lost iphone remotely - Google Search | https://www.google.com/search?q=erase+lost+iphone+remotely&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 2/22/2023 3:08:58 AM(UTC+0) |
|---|---|---|

The Defendant has no criminal convictions for other offenses. However, he did not commit one crime on one day in one moment of desperation. The Defendant worked methodically and gradually as he twisted Jane Doe's trust in him ▮▮▮▮▮▮▮ into domineering her for his own sexual gratification. These abuses and exploitation, this coercion and enticement scheme, spread over at least eighteen months – hardly a one-time event or an impulsive act. For

over 500 days, the Defendant was focused on getting what he wanted from a child, using her without any concern for the pain, humiliation, anguish, and harm he caused her. Jane Doe, day after day, endured him – and now, day after day, she will suffer the resulting trauma for the rest of her life.

These particular criminal acts are so egregious and harmful, that the maximum penalty is warranted – a sentence of thirty years.

2. The Need for the Sentence Imposed:

The sentence imposed in this case needs to reflect the seriousness of the offense, promote respect for the law and provide just punishment for the offense. 18 U.S.C. § 3553(a)(2)(A). This is very serious conduct, ▮▮▮▮▮▮▮▮▮▮ the Defendant's repetitive behavior. A sentence of 360 months will vindicate the interests of Jane Doe.

This sentence is also necessary to afford adequate deterrence to criminal conduct, 18 U.S.C. § 3553(a)(2)(B), and to protect the public from further crimes, U.S.C. § 3553(a)(2)(C). There is a pressing need to protect the public from the Defendant. The Defendant must be incarcerated for a substantial period of time, so he is deterred from engaging in this activity.

▮▮▮▮▮▮▮▮▮▮ If that had not occurred, there is no reason to think the Defendant would have discontinued his selfish and debasing campaign of sexual crimes against Jane Doe. The Defendant needs a significant sentence to deter him from future conduct and to protect the public from him.

3. The Kinds of Sentences Available:

The conviction for Sexual Exploitation of Children in this case carries a mandatory minimum sentence of fifteen (15) years, and a maximum sentence of thirty (30) years in prison. The Government concedes that, in this case, the guidelines as calculated, which at an offense level of 43 calls for a "life" sentence, are above what is warranted, what is sufficient, for an appropriate sentence. The sentence of 360 months is commensurate with the harm caused in this case.

4. The Need to Avoid Unwarranted Sentence Disparities:

The sentence imposed in this case should be consistent with alike cases among defendants with similar records. The Government submits that a 360-month sentence in this case would be consistent with other cases in the District of Maryland. This is obviously not an "apples to apples" comparison, as the 3553(a) factors in this case are unique and should be analyzed as such, using the avoidance of disparity mirrored in any other cases provided only as a guidepost not a mandate.



    For the reasons stated in this letter, the Government respectfully requests that the Court imposed a sentence of 360 months to the Bureau of Prisons, followed by lifetime supervised released, impose a $100 special assessment, address the $5,000 additional special assessment, and order forfeiture.

                                        Very truly yours,

                                        Kelly O. Hayes
                                        United States Attorney

                                        _____
                                        Colleen Elizabeth McGuinn
                                        Assistant United States Attorney
                                        Joyce R. King
                                        Special Assistant United States Attorney

CC:  Katherine Tang Newberger, Counsel to the Defendant
       Nicole Wonneman, U.S. Probation Officer